## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6523 | **DATE** | 11/21/2007 |
| **CASE TITLE** | Toyoda Mach. USA Corp. vs. Americhip Int'l Holdings LLC | | |

**DOCKET ENTRY TEXT**

Plaintiff is directed to file on or before 12/7/07 an amended complaint setting forth the citizenship of the members of defendant Americhip International Holdings, LLC, including the complete citizenship of any corporate or "LLC" members. *See Mutual Assignment & Indemnification Co. v. Lind-Waldock & Co., LLC,* 364 F.3d 858, 861 (7th Cir. 2004); *Cosgrove v. Bartolotta,* 150 F.3d 729, 731 (7th Cir. 1998). If plaintiff fails to do so, the Court will dismiss the case for lack of subject matter jurisdiction.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|