UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
Eastern Division

Toyoda Machinery USA Corporation
                              Plaintiff,

v.                                         Case No.: 1:07−cv−06523
                                             Honorable Matthew F. Kennelly

Americhip International Holdings, LLC
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, December 17, 2007:

      MINUTE entry before Judge Matthew F. Kennelly : Plaintiff has not filed an amended complaint pursuant to the Court's order of 11/21/2007 and has not requested an extension of time. The case is dismissed for lack of subject matter jurisdiction. The status hearing set for 1/18/2008 is vacated. Civil case terminated. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.